

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
Indianapolis, IN
PERMIT# 7374

460   478   47808   H1-155

4037170523-161346343

6

TEMP-RETURN SERVICE REQUESTED

47808

### Clerk of the Circuit Court
**VIGO COUNTY COURT HOUSE**
33 SOUTH 3RD STREET
TERRE HAUTE, IN  47807-3425

To:   Annamalai Annamalai a/k/a Swamiji Sri Selvam Siddh
Attn FCI
PO Box 33
Terre Haute IN  47808



EXHIBIT 1

CIVIL NOTICE
VIGO SUPERIOR COURT 6
33 S. Third Street
Terre Haute Indiana 47807

Annamalai Annamalai a/k/a Swamiji Sri Selvam Siddh   v.   Katherine          84D06-1705-CT-003620
Seireveld, Stephen Copy, Greg Burgess a/k/a Gregory Burgesset al

To:   Annamalai Annamalai a/k/a Swamiji Sri Selvam Siddh
      Attn FCI
      PO Box 33
      Terre Haute IN 47808

| ATTORNEYS | PARTIES |
|---|---|
| | **PLAINTIFF / PETITIONER** |
| Annamalai Annamalai a/k/a Swamiji Sri Selvam Siddh | Annamalai Annamalai a/k/a Swamiji Sri Selvam Siddh |
| | **DEFENDANT / RESPONDENT** |
| | Katherine Seireveld; Stephen Copy; Greg Burgess a/k/a Gregory Burgess; TC Brown; R Baskerville; Kathleen Kenny; Ashok Annamalai; John Doe (s) 1-50 |

EVENTS:

| Entry Date | File Stamp/ Order Signed/ Hearing Date | Event and Comments |
|---|---|---|
| 05/22/2017 | | Case Opened as a New Filing |
| 05/22/2017 | 05/22/2017 | Complaint/Equivalent Pleading Filed (Verified Complaint By Affidavit And Declaration For Damages, Declaratory, And Injunctive Relief And For Specific Performance with Jury Demand. jd) |
| 05/22/2017 | 05/22/2017 | Subpoena/Summons Filed (Summons issued for servcie by signature confirmation mail on 5/22/17. jd) |
| 05/22/2017 | 05/22/2017 | Appearance Filed (pro se) |
| 05/22/2017 | 05/22/2017 | Affidavit Filed (Pauper's Affidavit) |

Distribution:

Printed 5/22/2017 2:09 PM



RECEIVED
BRAD M. NEWMAN

MAY 22 2017

Clerk of the
Vigo Circuit Court

8 4 D 0 6 - 1 7 0 5 - CT    3 5 ?

CAUSE NO. _____

**PAUPER'S AFFIDAVIT**
**REQUEST FOR WAIVER OF FILING FEE**

COMES NOW ___Annamalai  Annamalai___ AND BEING FIRST DULY

SWORN UPON OATH, DEPOSES AND SAYS:

1. That he/she is entitled to commence an action in this Court.

2. That he/she believes he/she is entitled to the redress sought in this action.

3. That he/she has no income.

4. That because of such poverty he/she is unable to pay the costs of this action or given security by way of deposit.

**WHEREFORE**, petitioner prays this Court to allow him/her to commence his/her action with advancing costs or giving security of any kind.

Dated this __21__ day of ___APRIL_____, 2017

_____
**Petitioner**

SUBSCRIBED and sworn to before me, this __18__ day of ___MAY_____, 2017

_____
**Clerk of Vigo Circuit Court**

Having examined the foregoing, the Court finds that payment by the petitioner of any required filing fees should be deferred pending further order. The Clerk shall therefore accept and process petitioner's petition without prior payment of such fees.

Dated this __19th__ day of ___May_____, 2

_____
**Judge**

## APPEARANCE FORM (CIVIL)
### Initiating Party

**FILED**
VIGO COUNTY SUPERIOR COURT

MAY 2 2 2017

_Bradley M. Newman_
CLERK

Case Number: **8 4 D 0 6 - 1 7 0 5 - C T   3 5 2 0**
(To be supplied by Clerk at the time of filing)

☐ Check if Pro Se. NOTE: This form is not required for Pro se Protective Orders.

1. _Annemelai  Annemelei_
   Name of first initiating party
   (Supply names of additional initiating parties on continuation page.)

2. _N/A_
   Telephone of pro se initiating party

3. Attorney Information (as applicable for service of process):

   Name: _____     Atty Number: _____

   Address: _____     Phone: _____

   _____     Fax: _____

   _____     Computer Address: _____
   (Supply information for additional attorneys on continuation page.)

4. Case Type requested _Tort | Breach of contract_  5. Will accept FAX service: Yes ___ No ___
   (See Administrative Rule 3(b)(3)

6. Social Security numbers of all family members in proceedings involving support issues.

   NAME_____ SS#_____     NAME_____ SS#_____

   NAME_____ SS#_____     NAME_____ SS#_____

   NAME_____ SS#_____     NAME_____ SS#_____
   (Supply Social Security numbers for additional persons on continuation page.)

7. Are there related cases? Yes _____ No _X_     If yes, list cases and number below:

   Caption _____ Case Number _____
   Caption _____ Case Number _____
   (Supply information for additional related cases on continuation page.)

8. Additional Information required by state or local rule: _____

_____

Vigo Superior Court Division 6
33 South Third Street
4th Floor 812-462-3418
Terre Haute, Indiana 47807

STATE OF INDIANA
VIGO CIRCUIT COURT/VIGO SUPERIOR COURT

Annamalai Annemalai

Plaintiff,

VS

Katherine Seireved

Defendant.

**FILED**

VIGO COUNTY SUPERIOR COURT

MAY 22 2017

*T Bradly M Newman*

CLERK

SUMMONS

CAUSE NO: 84D06-1705-CT 3520

DIVISION:

DEFENDANT: Katherine Seireved

ADDRESS: C|o P.O. Box-12015
FCI-Terre Haute
Terre Haute
Indiana 47808

## TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.
The following manner of service of summons is hereby designated:

_____

If not so designated, the Clerk shall cause service be made by mail.
Date _____

*T Bradly M Newman* _____ CLERK

_____

_____ DEPUTY

Attorney for the Plaintiff

_____

Address

_____

Phone

### CERTIFICATE OF MAIL

I hereby certify, that on the ____ day of _____, 200 ___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Date _____                                                      _____ CLERK

### RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____, was accepted by or on behalf of the Defendant on the ____ day of _____, 200 ___. I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the ____ day of _____, 200 ___.

_____ CLERK

### ACKNOWLEDGMENT OF SERVICE

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the ____ day of _____, 200 ___.

_____
Signature of Defendant

### RETURN ON SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within summons:
(1) by delivering a copy of the summons and a copy of the complaint to the Defendant _____, on the ____ day of _____, 200 ___.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the ____ day of _____, 200 ___, the dwelling house or usual place of above Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail to _____ the last known address of the Defendant.

SHERIFF'S FEES: _____
ADDITIONAL : _____

SHERIFF OF VIGO COUNTY, INDIANA

Vigo Superior Court Division 6
33 South Third Street
4th Floor 812-462-3418
Terre Haute, Indiana 47807

**STATE OF INDIANA**
**VIGO CIRCUIT COURT/VIGO SUPERIOR COURT.**

Annemelai Annemelai
Plaintiff,

VS

Katherine Seireveld, et al.
Defendant.

**FILED**
**VIGO COUNTY SUPERIOR COURT**

MAY 2 2 2017

Bradley M/Newm
CLERK

**SUMMONS**

8 4 D 0 6 - 1 7 0 5 - CT   3 5 2 0

CAUSE NO: _____
DIVISION: _____

DEFENDANT: Stephen Cope
ADDRESS: C/o General | Senior counsel
320 First Street N.W.
Room 554
Washington D.C. 20534

**TO THE ABOVE-NAMED DEFENDANT:**

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.
The following manner of service of summons is hereby designated:

_____

If not so designated, the Clerk shall cause service be made by mail.
Date _____

Bradley M/Newm
_____ CLERK

_____ DEPUTY

Attorney for the Plaintiff
_____

Address
_____

Phone
_____

**CERTIFICATE OF MAIL**

I hereby certify, that on the _____ day of _____, 200 ___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____ by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Date _____
_____ CLERK

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____, was accepted by or on behalf of the Defendant on the _____ day of _____, 200 ___. I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the _____ day of _____, 200 ___.

_____ CLERK

**ACKNOWLEDGMENT OF SERVICE**

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the _____ day of _____, 200 ___.

_____
Signature of Defendant

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:
(1) by delivering a copy of the summons and a copy of the complaint to the Defendant _____, on the _____ day of _____, 200 ___.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the _____ day of 200 ___, the dwelling house or usual place of above Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail to _____ the last known address of the Defendant.

SHERIFF'S FEES: _____
ADDITIONAL : _____

_____
SHERIFF OF VIGO COUNTY, INDIANA

Vigo Superior Court Division 6
33 South Third Street
4th Floor 812-462-3418
Terre Haute, Indiana 47807

STATE OF INDIANA
VIGO CIRCUIT COURT/VIGO SUPERIOR COURT

8 4 D 0 6 - 1 7 0 5 - CT    3 5 2 0

_Annemerai Annemerai_
Plaintiff,

VS

_Katherine Seireveld, et al_
Defendant.

**FILED**

VIGO COUNTY SUPERIOR COURT

MAY 2 2 2017

_Bradley M Newman_
CLERK

CAUSE NO: _____
DIVISION: _____

DEFENDANT: _Greg Burgess_

ADDRESS: _C/o P.O. Box-1000_
_Marion_
_Illinois-62959_

**SUMMONS**

**TO THE ABOVE-NAMED DEFENDANT:**

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.
The following manner of service of summons is hereby designated:

_____

If not so designated, the Clerk shall cause service be made by mail.
Date _____

Attorney for the Plaintiff _____

Address _____

Phone _____

_Bradley M Newman_
_____CLERK

_____DEPUTY

**CERTIFICATE OF MAIL**

I hereby certify, that on the _____ day of _____, 200 ___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Date _____                                                _____CLERK

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____, was accepted by or on behalf of the Defendant on the _____ day of _____, 200 ___. I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the _____ day of _____, 200 ___.

_____CLERK

**ACKNOWLEDGMENT OF SERVICE**

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the _____ day of _____, 200 ___.

_____
Signature of Defendant

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:
(1) by delivering a copy of the summons and a copy of the complaint to the Defendant _____, on the _____ day of _____, 200 ___.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the _____ day of _____, 200 ___, the dwelling house or usual place of above Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail to _____ the last known address of the Defendant.

SHERIFF'S FEES: _____
ADDITIONAL : _____

_____
SHERIFF OF VIGO COUNTY, INDIANA

Vigo Superior Court Division 6
33 South Third Street
4th Floor 812-462-3418
Terre Haute, Indiana 47807

STATE OF INDIANA
VIGO CIRCUIT COURT/VIGO SUPERIOR COURT

Annemalai Annemalai
Plaintiff,

**FILED**

VIGO COUNTY SUPERIOR COURT

MAY 2 2 2017

Bradly M/earns
CLERK

VS

Katherine Seireveld, et al.
Defendant.

CAUSE NO: 84D06 - 1705 - CT  3520
DIVISION: _____

DEFENDANT: T.C. Brown

ADDRESS: c/o General/Senior Counsel
320 First Street N.W.
Room 554
Washington D.C. 20534

---

## TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.
The following manner of service of summons is hereby designated:

_____

If not so designated, the Clerk shall cause service be made by mail.
Date _____

Attorney for the Plaintiff _____

Address _____

Phone _____

Bradly M/earns _____ CLERK

_____ DEPUTY

### CERTIFICATE OF MAIL

I hereby certify, that on the _____ day of _____, 200 ___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Date _____

_____ CLERK

### RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____, was accepted by or on behalf of the Defendant on the _____ day of _____, 200 ___. I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the _____ day of _____, 200 ___.

_____ CLERK

### ACKNOWLEDGMENT OF SERVICE

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the _____ day of _____, 200 ___.

_____
Signature of Defendant

### RETURN ON SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within summons:
(1) by delivering a copy of the summons and a copy of the complaint to the Defendant _____, on the _____ day of _____, 200 ___.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the _____ day of _____, 200 ___, the dwelling house or usual place of above Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail to _____ the last known address of the Defendant.

SHERIFF'S FEES: _____
ADDITIONAL : _____

_____
SHERIFF OF VIGO COUNTY, INDIANA

Vigo Superior Court Division 6
33 South Third Street
4th Floor 812-462-3418
Terre Haute, Indiana 47807

STATE OF INDIANA
VIGO CIRCUIT COURT/VIGO SUPERIOR COURT

Annemaiai Annemaiai
Plaintiff,

**FILED**

VIGO COUNTY SUPERIOR COURT

MAY 2 2 2017

_Bradly M Newm_
CLERK

VS

Katherine Seireverd, et al.,
Defendant.

CAUSE NO: 8 4 D 0 6 - 1 7 0 5 - CT 3 5 2 0
DIVISION: _____

DEFENDANT: R. Baskerville

ADDRESS: C/o P.O. Box -1000
Marion
Illinois - 62959

TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.
The following manner of service of summons is hereby designated:

_____
If not so designated, the Clerk shall cause service be made by mail.
Date _____

_____
Attorney for the Plaintiff

_____
Address

_____
Phone

_Bradly M Newm_
_____ CLERK

_____ DEPUTY

CERTIFICATE OF MAIL

I hereby certify, that on the _____ day of _____, 200 ___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Date _____

_____ CLERK

RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____, was accepted by or on behalf of the Defendant on the _____ day of _____, 200 ___. I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the _____ day of _____, 200 ___.

_____ CLERK

ACKNOWLEDGMENT OF SERVICE

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the _____ day of _____, 200 ___.

_____
Signature of Defendant

RETURN ON SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within summons:
(1) by delivering a copy of the summons and a copy of the complaint to the Defendant _____, on the _____ day of _____, 200 ___.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the _____ day of _____, 200 ___, the dwelling house or usual place of above Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail to _____ the last known address of the Defendant.
SHERIFF'S FEES: _____
ADDITIONAL : _____

_____
SHERIFF OF VIGO COUNTY, INDIANA

Vigo Superior Court Division 6
33 South Third Street
4ᵗʰ Floor 812-462-3418
Terre Haute, Indiana 47807

STATE OF INDIANA
VIGO CIRCUIT COURT/VIGO SUPERIOR COURT.

Annamalai Annamalai
Plaintiff,

**FILED**

vs
Katherine Sejreveld, et al. VIGO COUNTY SUPERIOR COURT

MAY 2 2 2017

*Bradley M Newman*
CLERK

CAUSE NO: 84D06-1705-CT 3520
DIVISION: _____

DEFENDANT: Kathleen Kenny

ADDRESS: C/O 320 First Street N.W
Room 554
Washington D.C.20534

SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.
The following manner of service of summons is hereby designated:

_____

If not so designated, the Clerk shall cause service be made by mail.
Date _____

_____
Attorney for the Plaintiff

_____
Address

_____
Phone

*Bradley M Newman* CLERK

_____ DEPUTY

**CERTIFICATE OF MAIL**

I hereby certify, that on the _____ day of _____, 200 ___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Date _____                                                    _____ CLERK

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____, was accepted by or on behalf of the Defendant on the _____ day of _____; 200 ___. I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the _____ day of _____, 200 ___.

_____ CLERK

**ACKNOWLEDGMENT OF SERVICE**

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the _____ day of _____, 200 ___.

_____
Signature of Defendant

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:
(1) by delivering a copy of the summons and a copy of the complaint to the Defendant _____, on the _____ day of _____, 200 ___.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the _____ day of _____, 200 ___, the dwelling house or usual place of above Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail to _____ the last known address of the Defendant.
SHERIFF'S FEES: _____
ADDITIONAL : _____

_____
SHERIFF OF VIGO COUNTY, INDIANA

Vigo Superior Court Division 6
33 South Third Street
4ᵗʰ Floor 812-462-3418
Terre Haute, Indiana 47807

**STATE OF INDIANA**
VIGO CIRCUIT COURT/VIGO SUPERIOR COURT

~~FILED~~

VIGO COUNTY SUPERIOR COURT

MAY 22 2017

*~~Brawly M. Newman~~*
CLERK

**SUMMONS**

Plaintiff, _Annemarai  Annemarai_

VS

Defendant. _Katherine Seireveld, et al.,_

CAUSE NO: **8 4 D 0 6 - 1 7 0 5 - CT  3 5 2 0**
DIVISION: _____

DEFENDANT: _Ashok  Annemelei_

ADDRESS: _C/o 7522 Bayway Drive_
_Baytown, Texas-77520_

**TO THE ABOVE-NAMED DEFENDANT:**

You have been sued by the person(s) named "Plaintiff", in the Court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.
The following manner of service of summons is hereby designated:

_____
If not so designated, the Clerk shall cause service be made by mail.
Date _____

_Brawly M. Newman_ CLERK

_____ DEPUTY

_____
Attorney for the Plaintiff

_____
Address

_____
Phone

**CERTIFICATE OF MAIL**

I hereby certify, that on the _____ day of _____, 200 ___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Date _____                                      _____CLERK

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____, was accepted by or on behalf of the Defendant on the _____ day of _____, 200 ___. I hereby certify that the envelope containing the summons and a copy of the complaint was returned to me showing that the same was not accepted by the addressee on the _____ day of _____, 200 ___.

_____CLERK

**ACKNOWLEDGMENT OF SERVICE**

I hereby acknowledge receipt of a copy of the summons and a copy of the complaint in the above-entitled cause at _____ on the _____ day of _____, 200 ___.

_____
Signature of Defendant

**RETURN ON SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within summons:
(1) by delivering a copy of the summons and a copy of the complaint to the Defendant _____, on the _____ day of _____, 200 ___.
(2) By leaving a copy of the summons and a copy of the complaint at _____ on the _____ day of _____, 200 ___, the dwelling house or usual place of above Defendant _____ and by mailing a copy of the summons to the Defendant _____ by first class mail to _____ the last known address of the Defendant.

SHERIFF'S FEES: _____
ADDITIONAL : _____

**SHERIFF OF VIGO COUNTY, INDIANA**

FILED

VIGO COUNTY SUPERIOR COURT

SUPERIOR COURT OF VIGO COUNTY
TERRE HAUTE, INDIANA

MAY 2 2 2017

CLERK

Annamalai Annamalai
aka: Swamiji Sri Selvam Siddhar,                    *

V.                                                  *

Katherine Seireveld,                                *
Stephen Cope,
Greg Burgess, aka Gregory Burgess,
T.C.Brown,
John Doe Baskerville,                               *
Kathleen Kenny,
Ashok Annamalai,                                    *

JOHN DOE (s) 1-50.                                  *

* * * * * * * * * *

Suit No: 84D06-1705-CT 3520
_____

JURY DEMAND

**V E R I F I E D   C O M P L A I N T   B Y   A F F I D A V I T
A N D   D E C L A R A T I O N
F O R
D A M A G E S,   D E C L A R A T O R Y,   A N D
I N J U N C T I V E   R E L I E F   A N D
F O R   S P E C I F I C   P E R F O R M A N C E**

1.

**A F F I D A V I T   &   D E C L A R A T I O N
P U R U A N T   T O   2 8 U. S. C.   § 1 7 4 6**

State of Indiana                    )
                                    )  SS    A F F I D A V I T
County Of Vigo                      )

This complaint is brought to this court by Annamalai Annamalai ( ' Plaintiff' ),pursuant to various violations of Indiana code(s) as demonstrated below, by various defendnats to this action, and the plaintiff respectfully shows as follows.

2.
**P R E F A C E**

The Plaintiff is a natural individual and a resident of Vigo county and citizen of Indiana, whose native dialect is NOT English, hence, he would like to give his advance apology to the Honorable court for any and all typos, sentencing formations, and also the Plaintiff lacks typing skills.

-1-

3.
## A B O U T   T H E   D E F E N D A N T S

All the defendants to this action are natural individuals.All the defendants to this action are sued in/on their individual/personal capacity only, irrespective of their employment status, whether or not they are the employees of the federal government or not.The defendant(s), Katherine Seireveld is a natural individual, citizen of Indiana, and under belief and information is the resident of Vigo County and she maintains her work place in Vigo county.The Defendant Stephen cope is a natural individual and under belief and information is the resident and citizen of West virginia, who has purposefully availed himself of privileges of conducting activities within the forum of Indiana and the county of vigo.The Defendant Greg Burgess is the resident of Marion illinois and the citizen of Illinois, who he purposefully availed himself of privileges of conducting activities within the forum state of Indiana and County of Vigo. The defendant T.C.Brown is a citizen of west Virginia, and availed himself of privileges of conducting activities within the forum state of Indiana and the county of Vigo.The defendant 'john Doe Baskerville' is an individual, and the citizen of Illinois, and under belief and information is the resident of Williason county, Illinois.The Defendant Kathleen Kenny is an individual, and the citizen of Washington D.C., and she and John Doe Baskerville, both have purposefully availed themselves of privileges of conducting activities within the forum state of Indiana and the county of vigo.The Defendant John do 1-50 are natural individuals, and their 'full identiy' are not not known at the present time to the plaintiff,and will be revealed to the court in a timely fashion. The Defendant Ashok Annamalai ( hereinafter 'Ashok' ) is the citizen of Texas and availed himself of privileges of conducting activities within the forum state of Indiana and the county of Vigo.

4.

In the following facts demonstrated as follows, are NOT applicable to the defendant Ashok Annamalai,    and they are applicable to other defendants to this action, unless or otherwise stated expressly in other manner.

5.

All the defendants to this action, except Ashok Annamalai, all public officials with an exception of John doe defendants 1-50, several of them are NOT public officials. The defendants as stated herein have violated, Plaintiff's cosnstitutional and or statutory rights that were clearly established at the time the defendants acted such that, the reasonably competent public official and or the government employee, should then known the rules of law governing his/her conduct.The Defendants have intentionally caused to violate, plaintiff's clearly established constitutional and or statutory RIGHTS.

6.

The defendants have/were acted 'without' the scope of employment, when they have violated several Indiana code( violations) to harm and injure the Plaintiff, which led to an injury-in-fact to/towards the Plaintiff.

-2-

7.

All the defendants acts and or omissions are Criminal, cleraly outside the scope of their respective employment as federal government employees, malicious, willful and wanton misconduct and some of the defendants as demonstrated in this complaint with facts, they have acted outside of their scope of their employment(s) to benefit them personally.

8.

The defendants mailing and or addresses to be served with their respective summons and complaint of this action are as follows.

For the defendants Katherine Seireveld, Stephen cope, T.C.Brown may be served with their process at FCI-Terre Haute  P.O.Box Number.12015, Terre Haute, Indiana.For the defendants Greg Burgess and John Doe Baskervelle, the service of summons  may be served at P.O. Box 1000 Marion Illinois 62959.The John doe defendants complete addresses are not 'presently' known. For the defendant Ashok Annamalai, the service of summon may be served and or mailed to 7522 Bayway drive Baytown Texas-77520.

9.

## A B O U T    T H E    P L A I N T I F F

The plaintiff is the 'only' Hindu high priest in the federal prision, who was convicted with several 'bonus' so called criminal charges, first time in the world.The Plaintiff has over 17 million worldwide following and over three million followers as American Nationals. He is   the 'only' publisher of 'only' Hindu spiritual magazine and a new age community magazine(s) known as Siddhi times and Karma magazine. (WWW.Karmamagzine.org).The plaintiff was taken for 'grand free ride, by some "good people" in the government, and finally railroaded with a historical sentencing of 28 years for a so called 'fraud' of $11854.00 ( Eleven thousand eight hundred and fifty four dollars ).He has made a world history as the 'first' and the 'only' Hindu High Priest /Guru who was thrown in to American prision, as a first time so called offender of a crime of $11854.00 with a 28 years imprisionment, even after a federal agent, who has 'investigated' and 'researched' the plaintiff, who was brought as a government's witness, repeatedly 'testified' at the sentencing of the plaintiff as the plaintiff Did Not commit any fraud, and its all disagreements between some individuals.The plaintiff has published over 6000 papers on the religion, spirituality, faith, natural and herbal medicines, herbal supplements, natural living, Yoga, medi- -tation(s), theology, Mantra ( Hindu Holy verses ) and Vedic astrolgy. The Plaintiff is also vedic astrologer  of Hindu faith in the nation, who have helped and or consulted hundreds and thousands of American nationals by himself and through his

-3-

associated hindu priests.The plaintiff has caused to donate over three billion dollors via his faithful followers worldwide for various charities, education, medicine etc., He has also invented several marvel herbal medicines to heal Cancer, back pains, Knee pains, Joint pains, neck pains, sexual related problems, skin related problems, and he has helped tens and thousnads of American kids to come out of their drug, drinks and sexual absuse(s) and problems and have settled countless numbers of divorce issues, without the court or lawyers, and with the 'help of the holy spirits and Gods'.The Plaintiff is a Guru/Swamiji/High Priest, Philonthropist, Activist, religious and community leader, Monk of the 2000 years old Monestery known as Siddhar Peedam in India, & last, but not the least a man of Benevolent who was destroyed, harmed, injured and prejudiced by the defendants and by their privies who are all malevolent who have acted with evil intent(s), and or typical saddist(s).

10.

The Plaintiff as a prisioner and a prision inmate retail all his First amendment rights, not incompatible with his status as a prisioner or with the legitimate penological objectives of the correction system.

11.

A prision official who takes action in 'retaliation' for a prisioners exercise of a constitutional right may be liable to the prisioner for damages.Even or otherwise lawful action taken in retaliation for the exercise of a constitutionally protected right violates the constitution. Annamalai submits to the court that, he has a proctected constitutional right(s) inclusive of "access to the court(s), freedom of religion, not to get deprived of his property, liberty, life and freedom from the malicious acts of the individuals, who acts and or acted out of their scope of employment authority(s).

12.

## C O U N T   N O. 1

### Violation of Indiana code 35-45-6-1 et seq  " R I C O "

The plaintiff fully and expressly reincorporates and realleges all the foregoing facts in the items 1 through 11, as if they are fully restated herein.

13.

This cause of action is applicable to all the defendants except the defendant Ashok Annamalai.

14.

The defendants have violated and also casused to violate the Indiana code 35-45-6-1 et seq.The defendants are the "persons" within the meaning of RICO and they have acted in concert with the 'enterprise' which is known as Counter Terrorism Unit' ( CTU ),

-4-

and under belief and information a private contractor located in west virginia, who is conducting business at Terre Haute, Vigo county, Indiana.The defendants have committed more than two predicate acts to harm and injure the Plaintiff.They are inclusive of mail fraud; wire fraud.;Tampering with a witness, victim, or an informant; Retaliating against a witness, victim, or an informant ( who is the plaintiff ); interstate and foreign travel or transportaion in aid of racketeering enterprise; Theft and misappropriation of Trade Secrets of the Plaintiff; & Forgery By Greg Burgess.

### 15.

The defendants were employed by, or associated with, the 'enterprise' to conduct or participate in directly or indirectly the Enterprise and targetted scheme through a continuous and related pattern of activity, which all were started on or about, July 2015 onwards which is a continuing enterprise as we speak now.

### 16.

The defendants, purposefully and knowingly asssited and or participated in the affairs of the Enterprise in the sense of engaging in activities that seeks to further assist and help the Enterprise to assist and effectuate the goals of the enterprise which is inclusive of oppressing and suppressing of all the protected constitutional rights, life, liberty and properties of the plaintiff to maximize the wealth of the enterprise, by kickback, portions of illegal wealth to the defendants and indulged in racketeered corrupt activities to harm and injure the plaintiff on a continuing basis and as a 'non-stop', which has caused an injury-in-fact to the plaintiff.

### 17.

#### Predicate acts of mail fraud and wire fraud

The defendants, individually and or collectively and or with their tacit understanding and tacit agreement(s), have willfully and knowingly devised a scheme and or artifice to injure, harm, and prejudice the plaintiff, by means of false pretenses, representations and or promises and in the due course, they have and or they have caused to transmit by means of wire and interstate commerce, writings, signs, signals, pictures and sounds for the purposes of executing the scheme to defraud the plaintiff, and other government entities and individuals associated to Annamali also.The defendants have transmitted false and forgery paper works to injure the Plaintiff.

### 18.

The defendants have and or caused to have falsified and concealed several true material facts knowingly to Plaintiff. The Exhibit - A and Exhibit - B are one of the several direct evidences to support the facts of mail fraud, wire fraud, racketeering etc., The Exhibit - A is a document 'approved' and 'mailed' from CIU, by CIU using the U.S.Depratment of Justice's form .

The form was styled as " Notice to inmate of Transfer to a communications mangement Unit".The reason for the Plaintiff transfer is expressly stated on the body of the notice.The relevant portion of the notice to this cause of action is:-

" Additionally, while incarcerated, you utilized the personal telephone accounts and PIN numbers of other inmates to engage in conduct which included fraudlent and criminal activities and the harassing of victims and witness. You also violated court orders which precluded...........and during such violations also engaged in fraudlent and criminal activity..........."

The so called Notice was issued to the Plaintiff on 11.23.2015 by defendant Greg Burgess physically, which was reportedly came to defendant Greg Burgess via CTU and with the approval of Defendant Kathleen Kenny from Washington D.C.

19.

The Plaintiff moves the court to correspondingly compare another form issued to the plaintiff , just within two ( 2 ) days after the Exhibit-A as shown here.See Exhibit-B, and the plaintiff by reference he fully reincorporates Exhibits A & B, expressly herein.Especially by looking at Exhibit - B, and paying attention to the section which has stated as: ( which used U.S.Postal mail and E-mails to transmit ) .

DISCIPLINE HISTORY

Inmate has no disciplinary history items in this area

20.

The plaintiff affirmatively would like to state that, when he was incarcerated and when the Exhibits A & B were received by him, he was never and ever had any and all kinds of "disciplinary sanctions" for criminal acts for using any communications for any and all criminal acts. Indeed, the plaintiff maintained a 'flawless inacrcer -ation history' when he was held in the jail in Georgia ( GEO PRIVATE JAIL )and the plaintiff, prior to the present incarceration and incarceration at GEO private jail in Love Joy Georgia, he was never and ever incarcerated for anything in his life, just not only in the United States, whereas anywhere in the world.

21.

To the part of the RICO racketeering activities of the defendant, when he has started filing complaints in the courts and through the BOP's grivance system for his illegal placement at the Communication mangaement Unit ( CMU ), the defendants by themselves and by their privies have started and formulated a scheme to harm and injure the plai -ntiff more. To the part of the scheme, the defendant was given with a conscious

-6-

shocking and bogus, retaliatory "incident report" on 1/1/2016 as if the Plaintiff has made a 'conference' call at the time of a call concerning the sudden death of his only brother in Neveda. The insane here is that, the defendant T.C.Brown and other privies, inclusive of Greg Burgess, Cathy Hill, have 'used' allowed phone call relates to a death of a family member to artifice a fraud and scheme to injure the plaintiff more. As a part of the scheme, the plaintiff was patently denied to allow to call his witnesses, present and or receive all the evidences, inclusive of exculpatory evidences, and the Disciplinary hearing officer, who is the privy to the defendants, took away 27 days of good time credit by removing phone, e-mail, commissary benefits of the plaintiff for several months.

22.

After this injustice and retaliatory acts, the plaintiff has received again another bogus incident report, again based on the call to his family in which the plaintiff has participated with his priests over the phone and with his family members for an allowed and approved phone call of 60 minutes by the warden of the facility. The plaintiff was again given with the same 'violation of phone call, of the plaintiff making confe -rence call', although all the defendants well aware that, the call will be on a speaker phone with several of the plaintiff's family members and with priests who were cond- -ucting the last rites for the recently died brother of the plaintiff. This Time the disciplinary hearing officer, even 'did not allowed' to ask any questions to the hearing officer itself, and took away another 47 days of good time credit, with several months of other privilges of phone, e-mail and commissory visiting etc.,(EXHIBIT-C)

23.

Annamalai, the Plaintiff could not bear these kinds of continuing retaliation, and which have caused enarmous infliction emotional distress, and appealed the retalia- -tory punishments, by showing the defendant Greg Burgess has 'forged' the BOP's documents concerning the Plaintiff's request for witnesses etc.. The Regional director, 'after' several months of battle, she finally 'expressly' admitted and agreed that "a procedural error was discovered", and she caused to remove and expunge the records assciated to the same. ( Exhibit - D )

24.

In the due course of the battle, when the plaintiff exposed the 'forgery' and constit- -utional violations and criminal acts of Greg Burgess and his partner in crime Ms.Cathy Hill, who is an associate with him.He and Ms.Cathy Hill caused to issue another retaliatory incident report as if the plaintiff did not obey their order and as a 'punishment' freezed the phone and e-mail privileges for 3 months.

25.

Although all the so called sanctions all were stopped and or supposed to get stopped by August 2016, the defendants made sure that, the plaintiff will not be able to e-mail to his family members, attorneys, priests, clergy, news media, government officials until filing this suit, and the reasons for the same was not known. By doing so the defendants have caused to intentionally discriminate the plaintiff and he was even encountered by the staff of FCI-Terre Haute known as Mr.Clint Swift, as if plaintiff do not and will not have and or eligible for any kinds of protections of U.S.Constitution, inclusive of first, fourth, fifth, fourteenth amendments, since the plaintiff is an immigirant' and he is a Hindu priest.

26.

One of the retaliatory and bogus incident report given and through that the Plaintiff got punished, although the same was expunged long back, which was demonstrated in the foregeing item no.22 and 23 is attached hereto as Exhibit C and D, and fully incorpo-rated herein by reference.

27.

The Racketeering predicate acts of
tampering with a witness, Victim, or an informant and
Retaliating against a witness, victim, or an informant

As a preliminary matter, the defendants intentionally committed a criminal act and became an accessory to a crime by not reporting the so called criminal acts of the plaintiff, as 'expressly' stated by the defendants & or by their privies as evidenced by Exhibit-A.

28.

The defendant katherine Seireveld and her privies intentionally hindred, delayed and even prevented the communication via court pleading(s) to the judge(s) in an active bankruptcy case at southern district of Texas, Houston divison, and the case no is MIS 16-0303, wherewhich Annamalai the plaintiff is a Creditor.The plaintiff was threatened that, mailing pleadings in his active law suit and or filing additional pleadings in several of the ongoing litigations, will 'yield' a disciplinary sanctions towards Annamalai.

29.

The biggest insane and unforgivable criminal acts of the defendants herein will be so conscious shocking.Some mails, which came from the Clerk of THIS court located at Terre Court, Indiana, sent to the Plaintiff was returned to the clerk of this court with a warning and a notation to this clerk of this court as " Your correspond -ence to the above named recipient is being returned.This correspondence was not delivered,.....'The correspondence is deterimental to the protection of the public "...

30.

By accusing the Clerk of this court is also a co-conspirator of some criminal acts invloving the plaintiff and the Clerk of this court,is not acceptable in the civilized world per se. Please See Exhibit - E, attached hereto, and fully incorporated herein by reference.

31.

As per the Exhibit-E, as evidenced, and as per S.Julian and the defendant who has 'passed upon such a judgement' by Mr.S.Julian, that, the Clerk of THIS court has attempted to engage this plaintiff in a criminal conspiracy by mailing documents to the plaintiff which are involved therewith.The documents speaks for itself.

32.

The same manner the defendants and their privies collectively and or severally with a tacit understanding obstructed mails and obstructed correspondences from and with the Courts and its judges.The Exhibit-F, is another direct evidence in support of the showing of mailicious and criminal acts of the defendants and by their privies.

33.

The Defendants and with their parties in privity, have intentionally, maliciously, prevented the testimony of the plaintiff in a open and active case in Texas as explained in the item no.28 above.

34.

The defendants and with their parties in privity have caused to violate maliciously to obstruct mail and obstruct correspondences to the Courts in an active case, and by doing so they have caused to deprive Annamalai's ability to communicate with the Judge(s) of the United States, and also by violating his first amendment rights, inclusive of 'access to the courts' to redress , and or maintain or defend in the court proceedings.

35.

In this regard the defendants and their parties in privity, clearly would understand that, what they were doing violated the Plaintiff's protected rights.

36.

Annamalai was even verbally assaulted, threatened by Defendants inclusive of Katherine Seireveld, when the plaintiff stood against her about obstruction of Annamalai's mails in a open case in the United States, with an evil intention to delay, or prevent Annamalai's testimony to the court which he tried to submit via his affidavits and Declarations appropriately in the ongoing cases in the courts.

37.

The Defendants and their parties in privity inclusive of the enterprise all worked

-9-

and acted with a tacit understanding to retaliate against the plaintiff, who in fact
is a victim and witness in several ongoing litigations in the courts.The defendants
and their parties in privity, engaged in several conducts and several occassions,
and constantly threatened the Plaintiff, with intent to retaliate against the plaintiff,
in his attendence as a witness or party at an official proceeding(s), and also various
testimony given, or record, document, and passing on information relating to commission
and or possible commission of federal offense to a law and enfocement officer.

38.

### Predicate acts of Racketeering Enterprise and Theft and misappropriation of Trade secrets

Annamalai as a Hindu high priest, had and maintained large volume of his followers
database, by their names, mailing addresses, phone numbers and e-mails, several in
a hard copy format and several in the form of 'disks'.Those trade secrets have contained
several hundreds and thousands of customer lists, confidential data base with the
various herbal supplements and herbal medicines invented by the plaintiff with its
production specifications, pricing, which are NOT readily ascertainable to competit
-ors.The stolen and misappropriated Trade secrets by the defendants and by their
privies are 'confidential and proprietary'.

39.

The Defendants inclusive of Katherine Seireveld has caused to misappropriate the Trade
secrets which were kept in the cell of the Plaintiff, and to the insane, even she
has admitted as such, she was the one who has 'removed' it from the cell of Annamalai.
When she was requested for a reason for such "removal", she until filing this complaint
has not given any reason for the same.

40.

Several financial records, financial data, financial plans which are so confidential
belongs to the plaintiff, which is to deal with the plaintiff's personal finance,
his monestery, his family members, his religious and spiritual followers and his
business customers, which runs in to millions of records in the disks as soft
copies, maintained by the plaintiff in his full custody in his cell locker, locked
at all times was misappropriated and stolen by Katherine seireveld and by her privies.
For the record, the plaintiff has maintained those records in his custody for a long
time safely, until the same was 'forceably' stolen ( by sending Annamalai
out of his cell by searching his cell) stolen and misappropriated by katherine
Seireveld, which plaintiff maintained large volume of Financial data, planning for his
the 'tax deficiency' litigation concerning the plaintiff's tax returns by the IRS.

41.

Annamalai never and ever gave an authority for any one of the defendants and or their privies to take control of Annamalai's trade secrets in any manner.The defendant katherine Seireveld, recently advised that, the 'trade secrets' taken away from Annamalai are all 'destroyed' and she does not have any more, since she was advised by the enterprise CTU to destroy all those(misappropriated) Trade secrets.

42.

Annamalai was advised by his family members that several of his customers whose, informations are not made public, as if they are/were the followers of Annamalai, were contacted and inquired about several finacial dealings of Annamalai with his customers and those calls were generated by the defendants and or by the privies of the defendants.

43.

Annamalai was advised by his Priests that several hundreds of followers reached out Annamalai's associated priests and they were upset that, their confidential and personal informations, photos, phone numbers, and addresses given and or shared with Annamalai were compromised recently, since they were receiving calls from several individuals who introduced them as they are calling from and for some kinds of law and enfocement agency(s) and also several calls came to several confidential followers, from several businesses, who were/are seeking business relationship with Annamalai's followers, and the numbers called by the privies of the defendants via phone and the contacts via e-mails are/were Not public information(s) per se.

44.

In this respect Annamalai states that, his confidential informations, proprietory and intellectual property and informations were given to third parties without his consent and the named defendants and the parties in privity to the defendants knew their wrongdoing and failed to keep the information private, after their misappro -priation even, and by doing so they have caused an irreparable harm and an Injury-In-fact to the plaintiff.

45.

The defendants as a part of wire fraud devised or have intended to devise a criminal scheme or artifice to defraud Annamalai, the plaintiff, combined with their conscious shocking thefts and misappropriation of Annamalai's trade Secrets and intellectual properties and proprietary informations.

-11-

46.

All the defendants knowingly and intentionally acquired and maintained an interest in or control in the Enterprise CTU, they were all one way or other employed and or asso -ciated with the Enterprise CTU and the defendants, while knowingly and intentionally participated in the enterprise CTU's pattern of rackettering activity.

47.

## C O U N T   I I

Annamalai realleges and fully reincorporates the foregoing items 1-46, expressly, as if they are fully restated herein.

48.

### Violation of  Indiana code 34-24-3-1 et seq

### Indiana crime victims Relief act

Annamalai the plaintiff is a Victim of several criminal acts of the defendants, which are inclusive of theft and misappropriation of Trade secrets, Obstruction of mails, obstruction of correspondences to the courts, destruction of trade secrets, intellectual properties of Annamalai,removal of legal works on several ongoing court cases from his cell by the defendants and or by their privies, acting with the authority of the defendants and or by the Enterprise CTU.The named defendants intentionally committed theft and therefore they are civilly liable towards Annamalai pursuant to Crime victims relief act.

49.

The remedy which Annamalai seeks for the conscious shocking thefts of the defendants is at least a minimum damage amount of  five million and or any amount decided by the jury and or to be decided by the  summary judgement without a jury, and also an amount not exceeding three times of the actual damage amount which is presently estimate as a Five million, which may increase, after the proper discovery in this litigation from the Defendants and also from their parties in privity.The pecuniary loss presently estimated for the thefts of the defendants and by their privies is five million minimum & treble  damages of the. same, with all costs and expenses.

50.

## C O U N T  III

### Breach of contract  ( only against Kathleen Kenny )

Annamalai by realleges and fully reicorporates all the facts as stated above as notated by items 1-49, as if they are fully restated herein.

51.

The Defendant kathleen Kenny, ( Kenny ), in a related proceeding in the Distrct court case no. 4;17-cv-00025, at Southern district of Texas, Houston division

has given Judicial admissions, which is also to be considered as "stipulations" in a closed case. The copy of the Federal rules of civil procedure Rule 36 admissions's copy in which all    admissions were 'deemed admitted' as per Rule 36(b) of the Federal rules,:: attached hereto and expressly reincorporated herein by reference. the Plaintiff demands the Kenny to honor all the 'stipulations' as mutually agreed between Annamalai and Kenny to be performed immediately, without fail, to stop the ongoing injuries and prejudice. Annamalai also specifcally demands Kenny to 'specifically perform' all the stipulations as evidenced by the Exhibit - G herein.

52.

## C O U N T  IV

### Breach of contract

( Applicable only to Defendant Ashok Annamalai )

The Plaintiff fully realleges and reincorporates item numbers. 1 through 5, and 9 throgh 11, as if they are fully restated herein.

53.

### Breach of contract & Order for specific  Performance

### inclusive of Arbitration pursuant to IC 34-57-2-1 Et seq.

Applicable only to defendant Ashok Annamalai.

The Defendant has purposefully availed himself of privilege(s) of conducting activities within the forum state of Indiana and the County of Vigo. The exercise of personal jurisdiction over the defendant would comfort with traditional notions of fair play and substantial justice.

54.

The substantial part  of the events & or omissions giving rise to the claim and issues occured at the boundaries of Vigo county, Indiana.

55.

### II. FACTUAL BACKGROUND

The Plaintiff- Assignor, by contract and assignment with certain terms has assigned several negotiable instruments ( accounts receivables / invoices ) to the defendant as  an offer, by offering series of negotiable instruments to the defendant in consideration of the defendant can collect and enjoy and keep the income and revenues out of the collection of those negotiable instruments, by paying $5500.00 ( Five thousand five Hundred dollors ) payment each week  towards the Plaintiff, until the plaintiff's life on this earth, and also by paying    a one time payment of $ 50,000.00 (Fifty thousand dollors ) apart from the weekly  payments,  towards the Plaintiff.

56.

III.   JURISDICTION TO REMOVE THIS PROCEEDING TO BINDING ARBITRATION
       PURSUANT TO INDIANA UNIFORM ARBITRATION ACT IC 34-57-2-1 et seq.;

This Court has jurisdiction to entertain this cause of action and ORDER the parties
to an Arbitration Proceeding because:

(a). The Express assignment, which underline this proceeding, involve contract(s),
in which of interstate commerce, and the substantial part of events or omissions
rise to claim and controversy occured at Vigo county, Indiana;

(b). The Express assignment between the parties itself contains specific arbitration
provision, which fully complies with the Indiana Uniform Arbitration act
IC 34-57-2-1 et seq.,

(c). As denoted in the Contract, the defendant, as a holder in due course, is an
assignee of the negotiable instruments/invoice(s) from the Assignor-Plaintiff
Annamalai;

(d). The Defendant has defaulted in her respective obligation(s) to the demise
of this Plaintiff, as assignor thereof, and as embodied in the underlying
assignment(s).;

(e). The Plaintiff - Assignor has been led to believe that the default(s)
have been occured because certain custodian/warehouses/individuals/entity(s)/
agency(s) and or concerns to the Assignor Annamalai, operating as parties in
privity(s), without standing to challange the terms and conditions incorporated
therein, engaging in tortious interference(s);

(f). The said assignment contains a specific provision for arbitration that
references and fully incorporates the individuals arbitration agreement, which
is referenced herein.

(g). Despite the due and proper notice accordingly, as required by the Indiana
uniform Arbitration Act, and the arbitration agreement(s), themselves, the
defendant and his parties in privity, have failed and or refused to proceed
to an arbitration forum to resolve their ongoing controversies between them.

57.
IV. R E L I E F   C L A I M E D

For the reasons as referenced herein,coupled with this defendant and her parties in
privity, continuing defaults on the parties assignment and contract, the Plaintiff
Annamalai Annamalai hereby claims for the following as his relief(s):-

(a). The Defendant and all her parties in privity/privies as referenced herein
be ordered to an Arbitration forum to resolve any kinds of and any means of
All of their ongoing controversies between them with this proceeding to be conducted
in strict compliance with the terms and conditions embodied in the plaintiff and
defendant's 'arbitration agreement and contract' as referenced herein; and,

-14-

ALL of their ongoing controversies between them with this proceeding to be conducted in strict compliance with the terms and conditions embodied in the parties ' Arbitration agreement and contract, as

(b). At the conclusion of the arbitration proceeding(s) conducted thereunder, the Plaintiff be accorded a judgement on the award as follows:-

   (1). From the defendant Ashok Annamalai and his privities, jointly and severally a sum amount of  $110,000.00 ( One hundred and ten Thousand ).

   (2). From the defendant Ashok Annamalai, and his privity/privies as referenced herein ; jointly and severally a sum of $5 00.00 per week, towards Annamalai, the Plaintiff- until the plaintiff's life time as a breathing man on the earth.

58.

To this complaint the Plaintiff invokes the Rules and Priciples of MAXIM and EQUITY fully.

59.

C O U N T V

Defamation- Slander & Slander Per se<br>( Only for/against defendant Katherine Seireveld)

Annamalai by reference fully reincorporates the foregoing items from 1 through 58 as if they are fully restated herein,, except item numbers  52 through 58.

The Defendant in several occasions spoken highly outrageous, libelous statements in front of other individuals like fellow inmates in the prision, prision guards, and in front of other prision officials.The defendant several occassions spoken very harmful defamatory statements in front of other individuals about Annamalai. The defendant when doing these kinds of outrageous defamatory activities, she has even imputed several occassions the commission of a criminal offense of the plaintiff Annamalai. She has made the following statements, which are not limited to the following.

1. You are  a fraud
2. You Hindu Priests are all utter fraudsters and conmen......
3. yes................your Pleading to the Court is Fraud and you are a fraud...
4. you are circling around to commit fraud against other people...
5. Your motion to the court is fraud, I cannot allow you to file your motion with the court.
6. You defrauded in millions of dollors .......
7. you used your emails from prison to commit more crimes.....so i cannot alllow you to use your trulincks.......

-15-

Several of the statements of the defendant is "slander Per se". The statements spoken was slanderous and to amount to retaliation under the first amendment, since the defendant's actions against Annamalai would likely to have chilled a person of reasonable firmness from continuing to engage in the protected activity, which herein, Annamalai was attempted to redress his grievances with the courts and attempted to file pleadings in a open case, and prevented several occassions in not able to access the court in a meaningful, timely manner.

60.

Here the damages of Annamalai are presumed from the charges of the Defamatory language of the defendant used and spoken in front of other individuals.She even threatened Annamalai with dire consequences, when he has challanged her harmful and slanderous spoken in front of others.All the slanderous statements spoken about Annamalai were false and nothing but false.Even several times she accused of Annamalai has mailed "illegal pleadings to the court" which were deterimental to the public's safety and life.

61.

The pain and sufferings Annamalai suffered was so immense.His reputation so as to lower him in the estimation of prision inmates, officers, guards, and other adminis -trative staffs of the BOP sysytem now. Her unprivliged acts as explained above, even brought several consequential damages, by and through other Guards of the prison accusing Annamalai as a Con-man, a fraudster, fraud-priest.The best evidence is here, one of the employee of the FCI-THA known as Steve Harvey, did the same kinds of criminal imputation and criminal acquisition of Annamalai in front of other inmates too.

62.

Annamalai respectfully demand a monetary damage amount of $1,250,000.00 individually from the defendant for this cause of action.

63.

Defamation - Libel and Libel per se

( applicable only to Katherine Seireveld, Stephen Cope, T.C.Brown, and John Doe 1-50 )

The defendants defamed expressly, in several occassions as if the Plaintiff has committed criminal acts.

64.

The defendants even expressly stated at several occassions that Annamalai has committed criminal acts, at the times of he was trying to file pleadings in an ongoing and or tried to serve the processes to and on the parties subject to the litigations.

-16-

65.

The defendants not only caused to obstruct the mails concerning active court cases, wheras they have charged Annamalai with Bureau of Prision violation of 196, which is 'use of mails for illegal purpose'.The greatest insane was, the acquisitions and charges wer not only patently false, whereas it has shaken any and every constitutional protections of Annamalai, and literally to obstruct Annamalai's access to the court.The Defendants expressly stated that, Annamalai's correspondence to the courts and or parties subject to the open litigation, and their correspondences are and might be used by Annamalai to 'facilitate criminal activity'.Annamalai has several direct and beyond undisputable evidences for the same.

66.

Annamalai demands $2,500,000.00 as damages for the Defmation-Libel per se and for libel another $1,000,000.00 as his damages to be paid by the defendants severally and or collectively.Annamalai would like to state that, he was damaged to an irreparable level because of the conscious shocking libel acts of the defendants, which has caused damages to Annamalai emotionally, physically, and he has lost his respect with the other people in the Prision system, and because of the restrictions and obstructions of the mails to the courts, Annamalai has lost in millions and end up loosing several cases, which has caused irreparable harm and an injury-in -fact for Annamalai.

67.

Injunctive Relief

Annamalai should be granted with preliminary and permanat injunction against the defendants except Ashok Annamalai with the following relief:-

1. The defendants and their privies shall be enjoined in not to use any and all trade secrets and intellectual properties of Annamalai any more.

2. The defendants shall not obstruct any and all mails addressed to the court and to the parties and parties in privity to the ongoing and new court cases.

3. The defendant Katherine Seireveld shall be recommended to her employer to suspend her from her job, so that Annamalai will not be retaliated by the defendants to this action, or in an alternative the court shall recommend with an injunctive order of transferring Annamalai to another facility in which none of the defeadnts have direct and or indirect control over the same.

68.

The harm towards Annamalai is more than, the harm towards the defendants, if the injuntive relief is not granted.The public interest will be well served in this respect, since the stolen and misaapropriation of trade secrets by the defendants involves hundreds and thousands of American nationals personal and sensitive

-17-

informations, inclusive of their family pictures, children photos, sent to Annamalai for Hindu prayers, their contact personal e-mails, and phone numbers, financial data, and finanacial plans of the customers/followers of Annamalai and the same is inclusive of Annamalai and his wife's financial data and financial plans, medical formulas, patterns, diagrams, pictures, compositions model, preparation etc.,

69.

## C O U N T  7

### Intentional infliction of Emotional distress
### ( against all the defendants except Ashok Annamalai )

The Plaintiff fully reincorporates and  restates the foregoing except item nos. 52 through 58 herein.

70.

All the defendants' outrageous conduct acted upon Plaintiff intentionally and recklessly.The intentional ill and evil acts have caused sever emotional and mental distress to the Plaintiff.The defendants continued illegal and unlawful, criminal  acts are so outrageous in charactey and so extreme in degree as to go beyond all possible bounds of decency and are to be regarded as atrocious and utterly intolerable in civilized society."if reasonable people may differ as to whether the conduct is extreme or outrageous, the question is one for the Jury then." The plaintiff respectfully demands a million dollar as his damages for this cause of action, and or any amounts being decided by the jury and or by summary judgement motion(s) .

71.

The actions of the defendants, jointly and severally, were extreme and outrageous and performed with the intention of causing severe emotional distress to the Plaintiff herein with reckless disregard of the consequences.

72.

As a direct and proximate cause of the wrongful acts of the defendants and by their privies, the Plaintiff suffered extreme indiginities and humiliation, severe emotional distress, mental anguish, loss of liberty, loss of standing in the community, and has been held up to ridicule before his peers and has lost his statutory right to an education free and clear of the above deprivations.

73.

## C O U N T  8

### Compensatory Damages

The Plaintiff realleges and reincorporates all the foregoing facts in the above items except item nos 52 through to 58 herein expressly.

-18-

74.

Annamalai the Plaintiff humbly requests compensatory damages from all the defendants and from the parties in privity, which would be revealed via discovery in an amount determined by the jury and or by the agreement of the parties and or by summary judgement.The demand for compensatory damages is inclusive of Plaintiff's mental and physical pains and sufferings, mental anguish, inconvenience, disfigurement, humiliation and loss of peace and enjoyment of life.The compensatory damages, for which the plaintiff seeks, which is also inclusive of Breach of contract, Indiana RICO, Defamation, Theft and misappropriation of trade secrets.Annamalai demands ten million dollors as his damages for this cause of action from the defendants severally and or collectively.

75.

Count IX
Punitive Damage
( against all the defendants , except Defendant Ashok Annamalai )

The Plaintiff reincorporates and restates all the facts as demonstrated in the foregoing items 1 through 74, except item numbers 52 through 58, expressly herein.

76.

Defendants are severally and collectively responsible for an amount to be decided by the Jury and or via summary judgement for an amount towards punitive damages. The Plaintiff is entitled to punitive damages, since the defendants conduct(s) are shown to be and demonstrated in this complaint, motivated by Evil motive and intent or in involved reckless or callous indifference to the federally protected rights of others, and in this occassion, the plaintiff Annamalai. The plaintiff demands an amount to be decided by the jury and or by the summary judgement, and he demands a minimum damage amount two million for this cause of action.

77.

P R A Y E R   F O R   R E L I E F

Wherefore the Plaintiff Annamalai Annamalai respectfully requests the following as his relief(s).

1. Enter an award in favor of Plaintiff, against all the defendants, for all requested damages as demonstrated in each count respectively, inclusive of $5 Million ( Five Million ) as damages for the Count No.1 of this complaint; and,

2. enter an award in favor of the Plaintiff against all the defendants, except Defendant Ashok Annamalai, jointly and severally for compensatory and punitive damages as the jury and or the courts deems fit and or via summary judgement proceeding(s); and,

3. Enter an immediate Order for preliminary injunction by enjoining the defendants and their privies NOT to obstruct the correspondence with the courts, judges, and Annamalai's mother, kids and wife in any forum and by in any means; and,

4. Order to waive the filing  fees, considering the impoverished position of the plaintiff at the prisent time; and,

5. Enter an award in favor of Annamalai and against the defendants except Ashok Annamalai, jointly and severally for exemplary damages for the cause of action included with Indiana RICO, for the 'theft and misappropriation of trade Secrets by the defendants', to an amount of reward the  court deems fit; and,

6. Enter an Order and preliminary injunction from the court by enjoining all the defendats, except Ashok Annamalai, about NOT to destroy, delete, and all Electronic mail communications concerning Annamalai, the plaintiff and also the injunction to be applicable in the same manner to the privies of the Defendants; and,

6. To grant  the plaintiff with any more and further relief according to the principles of MAXIM to do complete  justice to the innocent victim cum plaintiff Annamalai, Per this complaint.

Respectfully submitted this day of 28, March 2017.

Annamalai Annamalai
P.O.Box-33
Terre Haute
Indiana 47808-0033

## J U R Y   D E M A N D

Pursuant to the seventh amendment to the United States Constitution and to Ind.T.R. 38 & 39, plaintiff Annamalai respectfully demands trial by jury with respect to all issues so triable.with respect to those not triable by jury, as of right, Plaintiff requests an advisory Jury pursuant to Ind.T.R.39(3).

Respectfully submitted this day of 28, March 2017.

Annamalai Annamalai
P.O.Box-33
Terre Haute
Indiana 47808-0033

-20-

## A F F I R M A T I O N   &   V E R I F I C A T I O N

I, Annamalai Annamalai a plaintiff to this action AFFIRMS and certifies that the foregoing are true and nothing but true

Executed on 03.28.2017.

Annamalai Annamalai
(Plaintiff-Victim)

## A C K N O W L E D G E M E N T

As there is no Notary public available for Annamalai Annamalai, the plaintiff; of necessity before these witnesses did appear Plaintiff, known to witnesses and sign this affirmed verified complaint, for specific performance, injunctive relief(s); affirming the same this 28, March 2017.

Witness                         Witness                    Witness

Kenneth-Wayne.          JEFFREY A LUCAS

Name                             Name                        Name

## D E C L A R A T I O N   U N D E R   A N D   P U R S U A N T   T O   28 U.S.C. § 1746

I Annamalai declares/states/verifies under penalty of perjury that the foregoing are true and correct. Executed on 03.28.2017

Annamalai Annamalai                                   SEAL.

-21-

## EXHIBIT - A

BP-A0944    NOTICE TO INMATE OF TRANSFER TO A COMMUNICATIONS MANAGEMENT UNIT
APR 15

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Inmate Name (Last, First, Middle): | Register Number: |
|---|---|
| ANNAMALAI, Annamalai | 56820-379 |

| Warden (print and signature): | Institution: |
|---|---|
| J. M. Fowers, Acting Warden | USP Marion, Illinois |

NOTICE: This notice informs you of your transfer to a Federal Bureau of Prisons (Bureau) facility that allows greater management of your communication with persons in the community through contacts, monitoring of your telephone, electronic messaging, and visiting. The volume, frequency, and methods of your contact with persons in the community may be limited as necessary to achieve the goal of total monitoring. Your general conditions of confinement in this unit may also be limited in order to provide greater management of your communications. Your transfer to this unit is not punitive and, by itself, has no effect on the length of your incarceration. You will continue to earn sentence credit in accordance with law and Bureau policy.

Your transfer to this facility under these conditions is based on the following specific information:

Your offenses of conviction include Conspiracy to Commit Bank Fraud, Bank Fraud, False Federal Income Tax Return, Conspiracy to Commit Bankruptcy Fraud, Bankruptcy Fraud, Money Laundering, False Statement, Obstruction of Justice, False Statement Under Oath in Bankruptcy Proceeding, and Conspiracy to Conceal a Person from Arrest. Your offense conduct included the use of communications, such as telephones and e-mail, to engage in fraudulent schemes against individuals, financial institutions and government agencies. Your incarceration conduct has included the use of communications, including telephones, to continue in fraudulent and criminal conduct, harass and intimidate victims and witnesses and attempts to obstruct justice, specifically the prosecution of your criminal offenses. Additionally, while incarcerated, you utilized the personal telephone accounts and PIN numbers of other inmates to engage in conduct which included fraudulent and criminal activities and the harassing of victims and witnesses. You also violated court orders which precluded your use of telephone communications for social purposes and during such violations also engaged in fraudulent and criminal activity, and the harassing of victims and witnesses. Your communications require heightened monitoring and controls.

Based on this information, your transfer to this facility for greater communication management is necessary for the safe, secure, and orderly operation of Bureau institutions, or protection of the public. Your continued designation to this facility will be reviewed regularly by your Unit Team under circumstances providing you notice and an opportunity to be heard, in accordance with the Bureau's policy on Classification and Program Review of Inmates.

OPPORTUNITY TO APPEAL TRANSFER DECISION. You may appeal this transfer decision, or any aspect of your confinement, through the Bureau's Administrative Remedy Program, 28 C.F.R. §§ 542.10 through 542.19, and corresponding policy. A member of your Unit Team will provide you with the necessary form upon request.

INSTRUCTIONS TO STAFF. Provide the inmate a copy of this form and complete the following information documenting delivery.

| Staff Member Name and Position (printed): | Staff Member (signature): | Date Issued: |
|---|---|---|
| G. Burgess, CSW | | 11/23/15 |

Evidence 0018
Appx. 0025
E X H I B I T - A

---

## EXHIBIT - B

**Department of Justice**                                            Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**                          PROGRAM REVIEW: 11-25-2015

Supervision:

| USPO Sentencing: | Thomas Bishop, Chief Georgia Northern Probation Office Richard B. Russell Federal Building and United States Courthouse Ted Turner Drive Room 900 Atlanta, GA 30303 | USPO Relocation: | POC (Name) (Street Address/Suite) (City, State) (Zip) |
|---|---|---|---|
| Phone/Fax: | 404-215-1500 / 404-331-0160 | Phone/Fax: | Phone / (Fax) |

| Subject to 18 U.S.C. 4042(B) Notification: N | DNA Required: N | Treaty Transfer Case: |
|---|---|---|

Profile Comments:

**EDUCATION DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| MAR | GED XN | EXEMPT GED NON-PROMOTABLE | 09-30-2015 | CURRENT |
| MAR | ESL HAS | ENGLISH PROFICIENT | 09-30-2015 | CURRENT |

**COMPLETED EDUCATION COURSES**

| Course Description | Completion Date | Course Hours |
|---|---|---|
| RPP #1 HIV/AIDS AWARENESS | 10-13-2015 | 1 |

**INCENTIVE SCORES**

| Test | Subject | Score | Test Date | Test Fscl | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

**WORK DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| MAR | A&O UNASSG | ADMISSION & ORIENTATION | 11-23-2015 | CURRENT |

**WORK HISTORY**

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| WIL | ORDLY HALL | ORDERLY HALL | 10-16-2015 | 10-25-2015 |

**DISCIPLINE HISTORY**

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| Inmate has no disciplinary history items in this area | | | | |

**MOVEMENT DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| MAR | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-23-2015 | CURRENT |

**MOVEMENT HISTORY**

| Facility | Assignment | | Start Date | Stop Date |
|---|---|---|---|---|

Generated: 11-25-2015 / 6:04:03                Page 2                EXHIBIT - B    Inmate Copy ISDS Version: 1.8.3a

Evidence 0019
Appx. 0026
E X H I B I T - B

## Page 2 (top left)

DISCIPLINE HEARING OFFICER REPORT
BP-S304.052 AUG 11

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| IV. FINDINGS OF THE DHO | | |
|---|---|---|
| X | A. The act was committed as charged. | |
| | B. The following act(s) was committed: | |
| | C. Summary of Charges: | |
| | D. No prohibited act was committed: Expunge according to Inmate Discipline PS 5270.09 | |

**V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS**
You were advised of your rights before the Discipline Hearing Officer and stated that you understood those rights. You requested no staff representative or witnesses and presented no documentary evidence on your behalf.

The DHO finds that on April 27, 2016, you committed the prohibited act of Abuse of the Phone Which Circumvents Phone Monitoring Procedures, Code 297.

The DHO considered the Incident Report which the reporting officer states, ON April 21, 2016 at 9:33 A.M. EDT, inmate Annamalai Annamalai, Reg. No. 56820-379, placed an approved compassionate phone call due to a death in the family for his participation in the funeral service. A total of 60 minutes of approved phone calls were completed by inmate Annamalai to participate in his brother's funeral ceremony. This inmate is on court ordered phone restriction and was granted this call for the specific purpose of participating in a funeral service only. Five calls were completed on April 21, 2016 to his family at 011-91-999-485-6955 in India beginning at 8:33 AM CDT and lasting until 9:39 AM CDT. The calls were in the Tamil language. The translations were reviewed on April 27, 2016. A review of a review of the translation for 16-56820379-0421-PH-1 reveals that the inmate is discussing his case and related legal work. He mentions multiple individuals involved in his initial case as well as ongoing legal work. "I have to take this to court. This is what I have to do. I have found the wat to take this to court and I will to that." He also asks his family to record the phone calls to have a record of what was said. He goes on to discuss being incarcerated with 36 other inmates' believed to be concerning his placement at the CMU. "They here selected 36 inmates from those 3600000 inmates." He mentions that his children could direct a film with his story. He also discusses not being at fault, but that he is being punished. Chanting, that lasts for one to two minutes, can be heard during the last portion of this fifteen minute call. It is indicated that a speakerphone is being used so that all are able to communicate. A review of the translation for 16-56820379-0421-PH-2 reveals that he mentions two more individuals that were involved in his initial case as well as ongoing legal work. The majority of this eight minute call is composed of more changing what is referred to as a Mantra in the translation. A review of the translation for 16-56820379-0421-PH-3 reveals the Mantra continues after a brief discussion concerning earlier phone call that was disconnected. A short discussion making sure he was facing west was also heard. The Mantra continues for the majority of the fifteen minute phone call. A review of the translation for 16-56820379-0421-PH-4 reveals the Mantra continues for about the first five minutes of the call. There is than a discussion concerning Annamalai crying and his need to be strong. He discussed his expectations of being released in 4 to 5 weeks. & He talks about the sacrifices his son, Ashok, has made for him and can be heard on the speakerphone during this fifteen minute phone call. A review of the translation for 16-56820379-0421-PH-5 reveal the Mantra stars again and lasts for about half of this call. Annamalai then discusses the coming and of the phone call and the need for others to be held accountable. This call lasts seven minutes and completes the approved 60 minutes of phone calls authorized. It is estimated that no more than 35 to 40 minutes of these calls have changing of the Mantra occurring or conversation related to the funeral service. The death of the family member, but expand into his sentence and legal work, as well as the living condition, the types of other inmates, and his treatment at the institution. This inmate is limited to calls only with his attorney of record. The inmate specifically instructed that this compassionate call was solely for the funeral purpose and no other

Page 2

---

## Page 4 (top right)

DISCIPLINE HEARING OFFICER REPORT
BP-S304.052 AUG 11

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**VIII. APPEAL RIGHTS:** The inmate has been advised of the findings; specific evidence relied on, sanction(s) and reasons for the sanction(s). The inmate may appeal this matter through the Administrative Remedy Program within 20 calendar days after receiving a copy of this report.

| | | Yes | No |
|---|---|---|---|

| IX. DISCIPLINE HEARING OFFICER | | |
|---|---|---|
| Printed Name of DHO | Signature of DHO | Date |
| R. Leach | Leach | 05-13-2016 |
| Report delivered by: | | Date: 5-19-16 |
| | | 1145 Am |

Page 4

---

## Page 1 (bottom left)

Inmate Copy

DISCIPLINE HEARING OFFICER REPORT
BP-S304.052 AUG 11

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| INSTITUTION | USP Marion | INCIDENT REPORT NUMBER | 2844009 |
|---|---|---|---|
| INMATE NAME | Annamalai, Annamalai | REG NO | 56820-379 | UNIT | CMU |
| DATE OF INCIDENT | 04-21-2016 | DATE OF INCIDENT REPORT | 04-27-2016 |
| OFFENSE/CHARGES | Abuse of the Phone Which Circumvents Phone Monitoring Procedures, Code 297 | | |

**I. NOTICE OF CHARGE(S)**

| A. Copy of Incident Report was given to inmate by/the staff name: | 04-27-2016/Lampley at 1620 hours |
|---|---|
| B. The DHO Hearing was held on: | 05-10-2016/DHO Leach at 1124 hours |
| C. The inmate was advised of the rights before the DHO on/by staff name: | 04-29-2016/Burgess at 1220 hours |

**II. STAFF REPRESENTATIVE**

| A. Inmate requested or was appointed staff representation | Yes | No | X |
|---|---|---|---|
| B. Statement of Staff Representative: | | | |

N/A

**III. PRESENTATION OF EVIDENCE**

| A. Inmate admits | denies | neither | X | the charges. |
|---|---|---|---|---|

I am here on behalf of Annamalai Annamalai, who am I speaking with? I am here on behalf of Annamalai Annamalai. I need a copy of your documentation.

C. Witness(es):

| 1. The inmate requested witnesses | Yes: | No: | X |
|---|---|---|---|

2. The following persons were called as witnesses at this hearing and appeared.

N/A

3. Summary of the testimony of each witness:

N/A

4. The following persons requested were not called for the reason(s) given.

N/A

| 5. Unavailable witnesses submit written statements and those statements received were considered. | Yes: | No: | N/A | X |
|---|---|---|---|---|

N/A

D. Documentary Evidence:

The inmate did not submit documentary evidence.

In addition to the Incident Report and Investigation, the DHO considered the following documents: TRUFONE, Translation records

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been determined to be reliable because:

N/A

Page 1

EVID-2

E X H I B I T — C

---

## Page 3 (bottom right)

DISCIPLINE HEARING OFFICER REPORT
BP-S304.052 AUG 11

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

conversations were permitted. This incident was delayed due to awaiting transitioned and further investigation by CTU staff.

The DHO considered a memorandum provided by Case Manager Burgess stating; On April 21, 2016. I personally informed Inmate Annamalai #56820-379, that he had been approved to make (4) 15 minute phone calls to (011)91-999 485 5 -6955-. I specifically instructed that this compassionate call war solely for the funeral purpose and no other conversations were permitted.

The DHO considered a TRUFONE report which shows calls made to phone number 011-9199-485-6955, dated April 21, 2016, at times 0932, 0916, 0859, 050, and 0833.

The DHO considered translation records 16-56820379-0421-PH-1, 16-56820379-0421-PH-2, 16-56820379-0421-PH-3, 16-56820379-0421-PH-4, and 16-56820379-0421-PH-5, which reflect you speaking about your conviction case, speaking to numerous people (what appears to be on speakerphone), condition of your treatment, a movie, and chanting.

The DHO considered your silence to the investigating Lieutenant and UDC and used this to draw and adverse inference against you.

The DHO considered your statement to the DHO stating, "I am here on behalf of Annamalai Annamalai, who am I speaking with? I am here on behalf of Annamalai Annamalai. I need a copy of your documentation."

In deciding this case, the DHO considered your silence during the discipline process with the investigating Lieutenant and the UDC as not providing any defense in your actions. Furthermore, the DHO considered your statement during the DHO hearing as deflecting the answers to the questions presented to you. Therefore, based on the greater weight of the evidence, the greater weight being, staff provided statements, memorandum, and the translations of your phone conversations, the DHO finds you committed the prohibited act.

Based on the greater weight of the evidence, the DHO finds you guilty of the prohibited act of Abuse of the Phone Which Circumvents Phone Monitoring Procedures, Code 297.

**VI. SANCTION OR ACTION TAKEN**

Code 297:
27 Days Disallow Good Conduct Time
40 Days Disallow Non-Vested Good Conduct Time
40 Days Loss of Commissary Privileges
60 Days Loss of Phone Privileges
60 Days Loss of Visiting Privileges
60 Days Loss of Email Privileges

**VII. REASON FOR SANCTION OR ACTION TAKEN**

The action on the part of any inmate to use the telephone in an unauthorized manner or attempt to use in an unauthorized manner poses a serious threat to the ability of staff to control the use of the telephone and monitor whether inmates are making calls for prohibited or illegal purposes. It is indicative of the intent to participate in unauthorized activities that could lead to disruptive behavior. The use of telephones is a privilege for inmates to maintain contact with their family and to maintain ties with then and not for criminal use. Loss of phone privileges was imposed due to the relationship of the act to the privilege. The DHO considered your continuous actions of committing this infraction and as a result, punishment is escalated in hopes it will deter you from further misconduct.

Page 3

BP-A0327
APR 16
RETURNED CORRESPONDENCE    CDFRM

**U.S. DEPARTMENT OF JUSTICE** | **FEDERAL BUREAU OF PRISONS**

| TO: (Sender-See Return Address) | FROM: (Institution) |
|---|---|
| Vigo County Court<br>Clerk of the Court<br>33 South 3rd Street, First Floor<br>Terre Haute, Indiana, 47807 | Federal Correctional Complex Terre Haute<br>PO BOX 33<br>4700 Bureau Road North<br>Terre Haute, Indiana 47802 |
| RE: (Inmate's Name and Register No.) | DATE: |
| ANNAMALAI, Annamalai, Reg. No. 56820-379 | March 16, 2017 |

SUBJECT: Correspondence with Inmate Returned

Your correspondence to the above named recipient is being returned.
This correspondence was not delivered to the contact recipient because:

The correspondence is detrimental to the protection of the public and contains information that is in violation of your court ordered injunctions.

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence. You have the right to appeal this rejection by writing the Warden in care of the above address. The inmate to whom you addressed your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection.

J. Julian, Warden

(Printed or Typed Name and Written Signature of the Warden)

Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File (with copy of Correspondence)

WDP    Prescribed by P5800    Replaces BP-327(58) of FEB 84

## E X H I B I T - E

---



---

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:  863939-R1**

This is in response to your Regional Administrative Remedy Appeal received on May 26, 2016, regarding the decision of the Discipline Hearing Officer (DHO). You were found to have committed the prohibited act of Code #297, Use of the Telephone Which Circumvents Monitoring or Frequency of Use. You appeal this decision stating you requested a staff representative and the transcript of the telephone call. You request the incident report be dismissed and your privileges reinstated.

A procedural error was discovered. To ensure compliance with Program Statement 5270.09, Inmate Discipline Program, we are returning the incident report to the DHO for reconsideration.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

6/17/16
Date

Sara M. Revell, Regional Director

## E X H I B I T - D

---

BP-A0327
APR 16
RETURNED CORRESPONDENCE    CDFRM

**U.S. DEPARTMENT OF JUSTICE** | **FEDERAL BUREAU OF PRISONS**

| TO: (Sender-See Return Address) | FROM: (Institution) |
|---|---|
| Clerk of the Court<br>513 Rusk Street, Room 5300<br>Houston, Texas<br>77002 | Federal Correctional Complex Terre Haute<br>PO BOX 33<br>4700 Bureau Road North<br>Terre Haute, Indiana 47802 |
| RE: (Inmate's Name and Register No.) | DATE: |
| ANNAMALAI, Annamalai, Reg. No. 56820-379 | March 06, 2017 |

SUBJECT: Correspondence with Inmate Returned

Your correspondence to the above named recipient is being returned.
This correspondence was not delivered to the contact recipient because:

The correspondence is detrimental to the protection of the public and contains information that is in violation of your court ordered injunctions.

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence. You have the right to appeal this rejection by writing the Warden in care of the above address. The inmate to whom you addressed your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection.

J. Julian, Warden

(Printed or Typed Name and Written Signature of the Warden)

Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File (with copy of Correspondence)

WDP    Prescribed by P5800    Replaces BP-327(58) of FEB 84

## E X H I B I T - F